AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF GUAM

NOREEN J. NAPUTI;

V.

DEPARTMENT OF THE NAVY;
UNITED STATES of AMERICA;
JOHN DOE INSURANCE CARRIER
TO BE NAMED AFTER DISCOVERY;
DOES 1-10, INCLUSIVE

SUMMONS IN A CIVIL CASE

CASE NUMBER: 05-00011 

**FILED**
DISTRICT COURT OF GUAM
MAY 23 2005 
MARY L.M. MORAN
CLERK OF COURT

TO: (Name and address of defendant)

UNITED STATES OF AMERICA

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

MARK E. WILLIAMS, ESQ.
LAW OFFICE OF MARK E. WILLIAMS, P.C.
Ste. 201, Iris Bldg.
315 South Marine Corps Drive
Tamuning, Guam 96913
TEL: 671-647-LAWS (5297)
FAX: 671-647-5296

an answer to the complaint which is herewith served upon you, within ____60 (sixty)____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MARY L. M. MORAN
Clerk Of Court

DATE  MAR 25 2005

CLERK

(BY) DEPUTY CLERK

U.S. ATTORNEY'S OFFICE
DISTRICTS OF GUAM & NMI
Michelle Perez
MAY 23 2005

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 5/23/05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| MARK WILLIAMS | Atty |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 5th Flr. SINENA BLDG.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | 0 | 0 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/23/05
             Date

Signature of Server

201 IRIS BLDG, TAMUNING, GUAM
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.