Mark Williams, Esq.
LAW OFFICES OF MARK E. WILLIAMS, P.C.
Suite 201 Iris Building
315 S. Marine Corps Drive
Tamuning, Guam 96913
Telephone: 671-647-LAWS (5297)
Facsimile: 671-647-5296
Attorneys for Plaintiff

FILED
DISTRICT COURT OF GUAM
JUN 21 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE U.S. DISTRICT COURT
OF GUAM

| | |
|---|---|
| NOREEN J. NAPUTI, | CIVIL CASE NO. 05-00011 |
| Plaintiff, | |
| vs. | |
| DEPARTMENT OF THE NAVY, UNITED STATES OF AMERICA; JOHN DOE INSURANCE CARRIER TO BE NAMED AFTER DISCOVERY; and DOES 1-10, Inclusive, | STATUS REPORT |
| Defendant. | |

Plaintiff reports that pursuant to F.R.C.P. 4(i) requiring that additional service upon the Defendant be made at its Washington D.C. offices, this service has been performed concurrently with the filing of this report, so that the scheduling conference in this matter can be re-set accordingly.

Respectfully submitted this ___21st___ day of June, 2005.

LAW OFFICES OF MARK E. WILLIAMS, P.C.

_____  6-21-05
Mark Williams, Esq.                Date
*Attorney for Plaintiff*

ORIGINAL