DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| NOREEN J. NAPUTI,<br><br>    Plaintiff,<br><br>vs.<br><br>DEPARTMENT OF THE NAVY, UNITED STATES OF AMERICA; JOHN DOE INSURANCE CARRIER to be named after discovery; and DOES 1-10 inclusive,<br><br>    Defendants. | Civil Case No. 05-00011<br><br><br>ORDER |

    This case is scheduled to come before the Court on June 23, 2005 for a Scheduling Conference. Pursuant to Local Rule 16.1(e), the Plaintiff submitted a Status Report (see Docket No. 4) informing the Court that she had not yet properly served the Defendants.

    The Court finds that it would not be productive to hold the Scheduling Conference until the Defendants have been given an opportunity to file an answer to the complaint. Accordingly, the Court hereby moves the Scheduling Conference to Wednesday, August 17, 2005 at 10:00 a.m. Counsel are expected to meet and confer to discuss the contents and preparation of

///

///

///

///

the proposed Scheduling Order and Discovery Plan. The proposed Scheduling Order and Discovery Plan shall be submitted no later than August 8, 2005.

SO ORDERED this 22nd day of June 2005.

*[signature]*

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge