Mark Williams, Esq.
LAW OFFICES OF MARK E. WILLIAMS, P.C.
Suite 201 Iris Building
315 S. Marine Corps Drive
Tamuning, Guam 96913
Telephone: 671-647-LAWS (5297)
Facsimile: 671-647-5296
Attorneys for Plaintiff

**FILED**
DISTRICT COURT OF GUAM

AUG - 9 2005

MARY L.M. MORAN
CLERK OF COURT

## IN THE U.S. DISTRICT COURT
## OF GUAM

NOREEN J. NAPUTI,

               Plaintiff,

     vs.

DEPARTMENT OF THE NAVY,
UNITED STATES OF AMERICA;
JOHN DOE INSURANCE CARRIER
TO BE NAMED AFTER DISCOVERY;
and DOES 1-10, Inclusive,
               Defendant.
_____/

CIVIL CASE NO. 05-00011

NOTICE OF LODGMENT

TO:   U.S. ATTORNEY'S OFFICE

     PLEASE TAKE NOTICE that on August 9, 2005, the Plaintiff lodged with the

court the Proposed Scheduling Order signed by the Plaintiff's counsel, but unsigned by

the Defendant or its counsel. This lodgment is made without all parties' signatures for

the reason that the Proposed Scheduling Order has not been returned to the Plaintiff's

office and for such other reasons as may be ascertained from the DECLARATION IN

SUPPORT OF LODGMENT filed contemporaneously herewith.

     Dated:  August 9, 2005.

               THE LAW OFFICES OF MARK E. WILLIAMS, P.C.

By: _____
               MARK WILLIAMS, Esq.
               Attorney for Plaintiff