Mark Williams, Esq.
LAW OFFICES OF MARK E. WILLIAMS, P.C.
Suite 201 Iris Building
315 S. Marine Corps Drive
Tamuning, Guam 96913
Telephone: 671-647-LAWS (5297)
Facsimile: 671-647-5296
Attorneys for Plaintiff

**FILED**
DISTRICT COURT OF GUAM

AUG - 9 2005

MARY L.M. MORAN
CLERK OF COURT

## IN THE U.S. DISTRICT COURT
## OF GUAM

NOREEN J. NAPUTI,

                **Plaintiff,**

    vs.

DEPARTMENT OF THE NAVY,
UNITED STATES OF AMERICA;
JOHN DOE INSURANCE CARRIER
TO BE NAMED AFTER DISCOVERY;
and DOES 1-10, Inclusive,
                **Defendant.**
_____/

CIVIL CASE NO. 05-00011

DECLARATION IN SUPPORT
OF LODGMENT

    I, Mark Williams, declare under penalty of perjury that the following is true and correct:

    1.    That I am over the age of 18 years and am competent to make this declaration.

    2.    This Law Office represents the Plaintiff in the above-captioned matter.

    3.    By letter dated August 1, 2005, Plaintiff's counsel contacted the offices of the defendant to provide the Proposed Scheduling Order and Discovery Plan.

    4.    To the present, the Proposed Scheduling Order has not been returned.

5.    Because the Proposed Scheduling Order must be filed immediately, and

the defendant has not responded to Plaintiff's communication regarding

such, the Proposed Scheduling Order is being lodged with the Court

*without* the signatures of the Defendant's counsel.

Dated:  August 9, 2005.

            THE LAW OFFICES OF MARK E. WILLIAMS, P.C.

By:                             

            MARK WILLIAMS, Esq.
            Attorney for Plaintiff