Mark Williams, Esq.
LAW OFFICES OF MARK E. WILLIAMS, P.C.
A Professional Corporation
201 Iris Building
315 S. Marine Corps Drive
Tamuning, Guam 96913
Telephone: 671-647-LAWS (5297)
Facsimile: 671-647-5296
Attorneys for Plaintiff

FILED
DISTRICT COURT OF GUAM

AUG 16 2005 9p

MARY L.M. MORAN
CLERK OF COURT

IN THE U.S. DISTRICT COURT
OF GUAM

| | |
|---|---|
| NOREEN J. NAPUTI, | CIVIL CASE NO. 05-00011 |
| Plaintiff, | |
| vs. | CERTIFICATE OF SERVICE |
| DEPARTMENT OF THE NAVY, UNITED STATES OF AMERICA; JOHN DOE INSURANCE CARRIER TO BE NAMED AFTER DISCOVERY; and DOES 1-10, Inclusive, | |
| Defendant. | |

I certify that I am signing this paper as counsel for the Plaintiff. I further certify under penalty of perjury that on June 21, 2005, I caused to be mailed by first class postage prepaid, a copy of the summons and complaint in this matter to be served upon the Office of the Attorney General, Washington, D.C., as required by Federal Rule of Civil Procedure 4(i).

THE LAW OFFICES OF MARK E. WILLIAMS, P.C.

By: _____
Mark Williams, Esq.
Attorney for Plaintiff

ORIGINAL