DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CIVIL MINUTES - GENERAL


FILED
DISTRICT COURT OF GUAM
AUG 17 2005
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CV-05-00011        DATE: August 17, 2005

CAPTION: <u>NOREEN J. NAPUTI - vs - DEPARTMENT OF THE NAVY, ET AL</u>
***********************************************************************************************

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding        LAW CLERK: JUDITH HATTORI
Official Court Reporter: Wanda Miles        Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded: 10:23:38 - 10:28:27
*********************************** APPEARANCES ***********************************

COUNSEL FOR PLAINTIFF(s):        COUNSEL FOR DEFENDANT(s):

MARK WILLIAMS        MIKEL SCHWAB

***********************************************************************************************

PROCEEDINGS:        SCHEDULING CONFERENCE

( ) MOTION (S) ARGUED BY    ( ) PLAINTIFF    ( ) DEFENDANT
( ) MOTION(s) ____Granted ____Denied ____Settled ____Withdrawn ____Under Advisement
( ) ORDER SUBMITTED ____Approved ____Disapproved
( ) ORDER to be Prepared By: <u>Court</u>
( X ) PROCEEDINGS CONTINUED TO: <u>Thursday, August 25, 2005 at 9:30 a.m.</u>

NOTES:

<u>Mr. Schwab requested for a one week continuance to allow parties to meet and confer regarding a proposed scheduling order. Mr. Williams had no objections.</u>

<u>The Court Granted the one week continuance and instructed counsel to submit the proposed scheduling order one day prior to the hearing.</u>