DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CIVIL MINUTES - GENERAL



**FILED**
DISTRICT COURT OF GUAM
AUG 25 2005
**MARY L.M. MORAN**
**CLERK OF COURT**

**CASE NO. CV-05-00011**     **DATE: 08/25/2005**

**CAPTION:** NOREEN J. NAPUTI - vs - DEPARTMENT OF THE NAVY, ET AL

***

**HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding**     LAW CLERK: JUDITH HATTORI
Official Court Reporter: Wanda Miles     Courtroom Deputy: Virginia T. Kilgore
**Hearing Electronically Recorded: 9:41:10 - 9:48:25**

***APPEARANCES***

**COUNSEL FOR PLAINTIFF(s):**     **COUNSEL FOR DEFENDANT(s):**

MARK WILLIAMS     MIKEL SCHWAB

***

**PROCEEDINGS:**     **SCHEDULING CONFERENCE**

( ) MOTION (S) ARGUED BY    ( ) PLAINTIFF    ( ) DEFENDANT
( ) MOTION(s) ___Granted ___Denied ___Settled ___Withdrawn ___Under Advisement
( ) ORDER SUBMITTED ___Approved ___Disapproved
( ) ORDER to be Prepared By: Court
( ) PROCEEDINGS CONTINUED TO: _____

**NOTES:**

**The Court executed the Scheduling Order with the changes agreed upon by the parties and the Court. The Court informed the parties that if they desire to have a settlement conference to please advise the Court and the Court will set a date appropriate for all parties.**