LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Ave.
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215/7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| NOREEN J. NAPUTI, | CIVIL CASE NO. 05-00011 |
| Plaintiff, | |
| vs. | ANSWER OF THE UNITED STATES |
| DEPARTMENT OF THE NAVY, UNITED STATES OF AMERICA; JOHN DOE INSURANCE CARRIER, TO BE NAMED AFTER DISCOVERY; and DOES 1-10, INCLUSIVE, | |
| Defendants. | |

Defendant UNITED STATES Of AMERICA and the DEPARTMENT OF THE NAVY, hereby answer the Complaint as follows:

1. Neither DENIES or ADMITS as this is a legal conclusion.

2. ADMITS.

3. Paragraph 3, ADMITS but alleges the claim was not filed until June 18, 2004. Second sentence ADMITS, but alleges the six months expired on December 18, 2004. Third sentence, neither ADMITS nor DENIES, as this is a conclusion of law.

4. DENIES for lack of sufficient information.

5. Neither ADMITS nor DENIES, as no facts are alleged, only conclusions of law.

6. DENIES.

7. Neither ADMITS nor DENIES, as no facts are alleged, only conclusions of law.

8. Neither ADMITS nor DENIES, as no facts are alleged, only conclusions of law.

9. Neither ADMITS nor DENIES, as no facts are alleged, only conclusions of law.

10. Defendant repeats and realleges each and every previous paragraph of this Complaint as though fully set forth here at length.

11. ADMITS.

12. Neither ADMITS nor DENIES, as no facts are alleged, only conclusions of law.

13. DENIES.

14. DENIES.

15. DENIES.

16. DENIES.

17. DENIES.

18. DENIES.

19. DENIES.

20. Defendant repeats and realleges each and every previous paragraph of this Complaint as though fully set forth here at length.

21. DENIES.

22. DENIES.

## **PROPOSED AFFIRMATIVE DEFENSES**

1. The Complaint fails to state a claim upon which relief can be granted to Plaintiff against defendant United States under the Federal Tort Claims Act (FTCA), 28 U.S.C., §§ 2671, et seq., for the reason that if the defendant United States were a private person, it would be liable to the Plaintiff under Guam law.

2. No negliegent act or failure to act by the United States or its agents or employees was the actual cause or proximate cause of the injuries or damage alleged in the Complaint or otherwise.

3. To the extent Plaintiff's Complaint addresses allegations of negligence not raised in

1  Plaintiff's administrative claim, Plaintiff's Complaint is barred by 28 U.S.C., § 2675 (a).

2      4. Plaintiff's claims are subject to the limitations of the Federal Tort Claims Act contained in 28 U.S.C.§ 2680.

     5. Any injury or injuries sustained by Plaintiff were caused in whole or in part by and through the carelessness and negligence of Plaintiff.

     6. A negligent or wrongful act or omission on the part of an employee or agent of the Untied states did not proximately cause the injuries and damages alleged by Plaintiff.

     7. Plaintiff's recovery, if any, is limited to the amount of the claim that Plaintiff presented administratively. 28 U.S.C. § 2675(b).

     8. Defendant reserves the right to amend its Answer with additional defenses of which it may become aware as discovery progresses and to raise any other matter constituting an avoidance or affirmative defense.

     **WHEREFORE,** having fully answered all counts of the Complaint, Defendant, United States of America, prays that Plaintiff take nothing by way of her Complaint against it, that the same be dismissed, and that judgment be awarded in favor of the Defendant, United States of America, together with costs and such other and further relief as the Court deems appropriate in this case.

     SUBMITTED this 35TH day of October, 2005.

                    LEONARDO M. RAPADAS
                    United States Attorney
                    Districts of Guam and NMI

                    BY: _____
                    MIKEL W. SCHWAB
                    Assistant U.S. Attorney

| | |
|---|---|
| 1 | LEONARDO M. RAPADAS<br>United States Attorney |
| 2 | MIKEL W. SCHWAB<br>Assistant U.S. Attorney |
| 3 | Sirena Plaza, Suite 500<br>108 Hernan Cortez Ave. |
| 4 | Hagåtña, Guam 96910<br>Telephone: (671) 472-7332 |
| 5 | Fax: (671) 472-7215 |
| 6 | Attorneys for the United States of America |

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| NOREEN J. NAPUTI, | ) | CIVIL CASE NO. 05-00011 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| DEPARTMENT OF THE NAVY, | ) | **CERTIFICATE OF SERVICE** |
| UNITED STATES OF AMERICA; | ) | |
| JOHN DOE INSURANCE CARRIER, | ) | |
| TO BE NAMED AFTER DISCOVERY; | ) | |
| and DOES 1-10, INCLUSIVE | ) | |
| Defendants. | ) | |

I, Marie Chenery, working in the U.S. Attorney's Office, hereby certify that a copy of the Answer of the United States in the above-captioned case was served on Mark Williams, Esq. via hand delivery at the Law Office of Mark E Williams, P.C., 201 Iris building, 315 Marine Corps Drive, Tamuning, GU 96913.

Dated: November 1, 2005

MARIE CHENERY
Paralegal