Mark Williams, Esq.
LAW OFFICES OF MARK E. WILLIAMS, PC
Suite 201, Iris Bldg.
315 S. Marine Corps Dr.
Tamuning, Guam 96913
Telephone: 647-LAWS (5297)
Facsimile: 647-5296
Attorney for Plaintiff

**FILED**
DISTRICT COURT OF GUAM

JUN 19 2006

MARY L.M. MORAN
CLERK OF COURT

IN THE U.S. DISTRICT COURT
OF GUAM

| | |
|---|---|
| NOREEN J. NAPUTI,<br><br>      Plaintiff,<br><br>vs.<br><br>DEPARTMENT OF THE NAVY,<br>UNITED STATES OF AMERICA;<br>JOHN DOE INSURANCE CARRIER<br>TO BE NAMED AFTER DISCOVERY;<br>and DOES 1-10, Inclusive,<br><br>      Defendant. | CIVIL CASE NO. 05-00011<br><br>PLAINTIFF'S NOTICE OF<br>ACCEPTANCE OF THE<br>DEFENDANT'S OFFER<br>OF JUDGMENT |

    **COMES NOW**, Plaintiff and accepts the Defendants' Offer of Judgment (which is attached hereto), and hereby requests this honorable Court to enter Judgment against the Defendants in the amount of $4,820.00.

Dated: 6/14/06    LAW OFFICES OF MARK E. WILLIAMS, PC

BY: _____
MARK WILLIAMS, ESQ.
Attorney for Plaintiff

**ORIGINAL**

## CERTIFICATE OF SERVICE

I certify that I will cause to be served upon the Defendants' attorneys, a true and correct copy of this document on or before 6/16/06.

Dated: 6/14/06

LAW OFFICES OF MARK E. WILLIAMS, PC

BY: *(signature)*
MARK WILLIAMS, ESQ.
Attorney for Plaintiff

| | |
|---|---|
| 1 | LEONARDO M. RAPADAS<br>United States Attorney |
| 2 | MIKEL W. SCHWAB<br>Assistant U.S. Attorney |
| 3 | Sirena Plaza, Suite 500<br>108 Hernan Cortez Avenue |
| 4 | Hagatna, Guam 96910<br>Tel: (671) 472-7332 |
| 5 | Fax: (671) 472-7215 |
| 6 | Attorneys for United States of America |

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| NOREEN J. NAPUTI, | ) | CIVIL CASE NO. 05-00011 |
| Plaintiff, | ) | |
| vs. | ) | **OFFER OF JUDGMENT PURSUANT TO FED.R.CIV.P. RULE 68** |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

This is an offer of Judgment for Four Thousand Eight Hundred Twenty Dollars ($4,820.00) pursuant to Federal Rules of Civil Procedure, Rule 68. This offer is inclusive of costs and fees, and is not an admission of liability. If within ten (10) days after the service of this offer you accept, either party may then file this offer and notice of acceptance together with proof of service thereof and there upon the clerk shall enter

//
//
//
//
//

RECEIVED
Law Offices Of Mark E. Williams

judgment. Should you fail to accept this offer and fail to gain a final judgment against this defendant in excess of Four Thousand Eight Hundred Twenty Dollars ($4,820.00) you must pay all costs incurred after the date of this offer.

SO SUBMITTED this 6th day of the month of June 2006.

LEONARDO M. RAPADAS
United States Attorney
District of Guam and NMI

BY: _____
MIKEL W. SCHWAB
Assistant U.S. Attorney