# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| Noreen J. Naputi | Civil Case No. 1:05-cv-00011 |
| Plaintiff, | |
| vs. | **A M E N D E D   J U D G M E N T** |
| Department of the Navy, et al., | |
| Defendants. | |

Amended Judgment is hereby entered in accordance with the Notice of Acceptance of Offer of Judgment and Offer of Judgment Pursuant to Federal Rules of Civil Procedure, Rule 68, filed on June 19, 2006.

Dated  this 2nd day of August, 2006, Hagatna, Guam.

**/s/ Mary L.M. Moran**
Clerk of Court