GUD NT ENT (8/05)

# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam  96910**
**671-473-9100**

| | |
|---|---|
| Noreen J. Naputi,<br><br>        Plaintiff,<br><br>vs.<br><br>Department of the Navy, et al.,<br><br>        Defendants. | Case No. 1:05-cv-00011 |

# NOTICE OF ENTRY

**NOTICE IS HEREBY GIVEN** that on the date indicated below this court entered on the docket of the above-entitled case the following amended judgment:

*Amended Judgment filed August 2, 2006*
*Date of Entry: August 2, 2006*

The original amended judgment is on file at the Clerk's Office of this court.  The document may be viewed at the Clerk's Office and is available for viewing on the Internet by using PACER for a fee.  Information on the PACER system can be found on the court's web page: **www.gud.uscourts.gov**

**Date:** August 2, 2006                                            Clerk of Court
                                                                                               **/s/ Mary L.M. Moran**