# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| Noreen J. Naputi, <br><br> Plaintiff, <br><br> vs. <br><br> Department of the Navy, et al., <br><br> Defendants. | Case No. 1:05-cv-00011 <br><br><br> **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the Judgment and Notice of Entry filed on August 2, 2006, on the dates indicated below:

Law Offices of Mark E. Williams, P.C.     Office of the United States Attorney
August 2, 2006                             August 2, 2006

I, Virginia T. Kilgore, declare under the penalty of perjury that on the above listed date(s) the:

Judgment and Notice of Entry filed on August 2, 2006

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: August 2, 2006                       /s/ Virginia T. Kilgore
                                           Deputy Clerk