# DISTRICT COURT OF GUAM
**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| Noreen J. Naputi,<br><br>        Plaintiff,<br><br>vs.<br><br>Department of the Navy, et al.,<br><br>        Defendants. | Case No. 1:05-cv-00011<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Amended Judgment and Notice of Entry filed on 8/2/2006* on the dates indicated below:

*Law Offices of Mark E. Williams, P.C.*     *Office of the United States Attorney*
*August 3, 2006*     *August 3, 2006*

I, Shirlene A. Ishizu, declare under the penalty of perjury that on the above listed date(s) the:

*Amended Judgment and Notice of Entry filed on 8/2/2006*

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: August 4, 2006                  /s/ Shirlene A. Ishizu
                                                          Deputy Clerk